# Cuti Hecker Wang llp

305 Broadway, Suite 607
New York, New York 10007

John R. Cuti
212.620.2601 tel
212.620.2611 fax

jcuti@chwllp.com

October 6, 2017

Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Cappone v. Morrissey et el.*, 16 Civ. 7170 (RRM) (PK)

Dear Judge Mauskopf:

We represent Defendant World Business Lenders, LLC ("WBL").  We write on behalf of Plaintiff and WBL to inform the Court that Plaintiff and WBL have resolved this matter.

We are filing today a Stipulation of Dismissal with Prejudice.  Plaintiff and WBL respectfully request that Your Honor so order the Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(2).

Please let us know if the Court requires additional information.

Respectfully submitted,

By:   s/John R. Cuti
        John R. Cuti

cc:   Honorable Sanket J. Bulsara (by ECF)
        Peter S. Smith (by ECF)
        Eric Hecker (by ECF)
        Heather Gregorio (by ECF)
        Kevin Kim (by U.S. Mail)