UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ERNESTO CAPPONE,
        Plaintiff,

v.

WILLIAM MORRISSEY, MICHAEL GALLO, KEVIN KIM, LIBERTY MERCHANT GROUP, MERCHANT SOLUTIONS GROUP, and WORLD BUSINESS LENDERS LLC,

        Defendants.

: ECF CASE
:
: CASE NO.: 16-CV-7170 (RRM)(SJB)
:
: **STIPULATION OF DISMISSAL**
: **WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Ernesto Cappone and Defendant World Business Lenders, LLC, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-entitled action be dismissed as against World Business Lenders, LLC with prejudice, with no award of counsel fees or costs by the Court to any party. This Stipulation of Dismissal with Prejudice does not apply to any other defendant named in the above-entitled action.

SO STIPULATED:

Dated: New York, New York
      September 29, 2017

CUTI HECKER WANG LLP

*[signature]*

John R. Cuti, Esq.
305 Broadway, Suite 607
New York, New York 10007
(212) 620-2603
jcuti@chwllp.com
*Attorneys for Defendant World Business Lenders, LLC*

Dated: New York, New York
      September 27, 2017

LAW OFFICES OF PETER S. SMITH, PLLC

*[signature]*

Peter S. Smith, Esq.
54 Main Street P.O. Box 669
Northport, N.Y. 11768
smithlawfirm@msn.com

*Attorneys for Plaintiff*

SO ORDERED:

---

Roslynn R. Mauskopf
United States District Judge